Court of Portage   City of Kalamazoo

People of the State
vs.

1:24-cv-747

Sally J. Berens
U.S. Magistrate Judge

FILED - KZ
July 23, 2024 12:24 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 7/23

Petition for writ of Habeas Corpus
By a prisoner in County Custody

Joshua Milliken presently incarcerated in the Berrien Co. Jail, seek access of the following cases/warrants: Failure 2 appear/POS/meth this prisoner exercises his or hers constitutional right to be brought before the Portage court to clear up these matters.

Although this is a crude draft, it is a legal binding document, copies signed and witnessed, if above said prisoner does not hear from the court within ten (10) working days he or she does declare this matter closed

As guaranteed by the constitution of the United States.

Joshua Milliken

NAME Joshua Milliken

LOCATION _____

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

GRAND RAPIDS MI 493

19 JUL 2024 PM 4 L

Portage Court
410 W. Michigan Ave B10
Kalamazoo mi 49007

49007-375799